Certificate Number: 05781-TXW-DE-041697237

Bankruptcy Case Number: 26-61035

05781-TXW-DE-041697237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 1:59 o'clock PM PST, Lizbeth Graniela Matos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: November 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President